O'BRIEN BROS., Inc., Libelant Appellant, v. CITY OF NEW YORK, Respondent Appellee, and MANHATTAN ASH REMOVAL CORPORATION, Respondent Appellee. THE STARLIGHT. THE MORNING LIGHT.

(Circuit Court of Appeals, Second Circuit. April 24, 1925.)

Nos. 333, 334.

Appeals from the District Court of the United States for the Eastern District of New York.

Foley & Martin, of New York City (James A. Martin and Geo. V. A. McCloskey, both of New York City, of counsel), for appellants.

George P. Nicholson, Corp. Counsel, of New York City (Charles J. Carroll, of Brooklyn, N. Y., and John T. Condon, of New York City, of counsel), for City of New York.

Hunt, Hill & Betts, of New York City (George Whitefield Betts, Jr., and H. Victor Crawford, both of New York City, of counsel), for appellee Manhattan, etc., Corporation.

Before HOUGH, MANTON and HAND, Circuit Judges.

PER CURIAM. Decrees (7 F.[2d] 485) affirmed, with costs.